Robert E. Hess (SBN 178042)
rhess@hinshawlaw.com
Jenny H. Wang (SBN 191643)
jwang@hinshawlaw.com
Hinshaw & Culbertson LLP
4675 MacArthur Court, Ste. 545
Newport Beach, CA  92660
Telephone:  949-757-2800
Facsimile:   949-752-6313

Attorneys for Defendant Unum Life
Insurance Company of America

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WAKIL, M.D.,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and DOES 1 THROUGH 10, inclusive,<br><br>  Defendants. | Case No. '17 CV2564 BEN BGS<br><br>**NOTICE OF REMOVAL**<br><br>[Filed concurrently with:<br>- Civil Cover Sheet<br>- Corporate Disclosure Statement; and<br>- Certificate of Interested Parties]<br><br>Complaint Filed:  November 21, 2017 |

HINSHAW & CULBERTSON LLP
4675 MacArthur Court
Suite 545
Newport Beach, CA 92660
949-757-2800

NOTICE OF REMOVAL
Case No. CaseNumber
300809892v1 1004626

Defendant Unum Life Insurance Company of America (hereinafter "Defendant") hereby removes to this Court the action commenced on November 21, 2017 in the Superior Court of the State of California, County of San Diego, entitled *Laura Wakil, M.D. v. Unum Life Insurance Company of America, and Does 1 through 10, inclusive*, Case No. 37-2017-00044469-CU-IC-NC.  Removal of this action is proper for the following reasons:

1. This lawsuit alleges breach of the duty of good faith and fair dealing and breach of an insurance contract against Defendant.  Plaintiff Laura Wakil, M.D. (hereinafter "Plaintiff") alleges that Defendant issued the subject long term disability insurance policy (the "Policy"), and further alleges that she is insured under the Policy.  Complaint, p. 2, ¶ 7.  Plaintiff alleges that "[o]n or about March 8, 2016, Plaintiff became disabled as defined by the Policy."  Complaint, p. 3, ¶ 15.  Plaintiff alleges that Defendant initially approved her claims for short-term disability ("STD") and long-term disability ("LTD") benefits (Complaint, p. 3, ¶¶ 20, 22, 23), but thereafter denied Plaintiff's claim "[o]n or about December 28, 2016."  Complaint, p. 4, ¶ 28.  Plaintiff further alleges, *inter alia*, that Defendant "breached the terms and provisions of the insurance Policy by failing and refusing to pay benefits under the Policy," and "breached their duty of good faith and fair dealing owed to Plaintiff."  Complaint, p. 8, ¶ 11; p. 6, ¶ 2.

**TIMELINESS**

2. On November 27, 2017, Defendant was served with copies of the Summons and Complaint filed in San Diego County Superior Court.  True and correct copies of these documents are attached hereto as Exhibit "A."

3. This removal is timely under 28 U.S.C. § 1446(b) because removal is sought within 30 days after service of the Summons and Complaint upon Defendant.

HINSHAW & CULBERTSON LLP
4675 MacArthur Court
Suite 545
Newport Beach, CA 92660
949-757-2800

1
NOTICE OF REMOVAL
Case No. CaseNumber
300809892v1 1004626

## JURISDICTION

4. The action is a civil action of which this Court has jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b), because it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, as set forth more fully below.

## JURISDICTIONAL AMOUNT

5. This case involves a dispute between Plaintiff and Defendant concerning Plaintiff's claim for disability benefits under the Policy. Plaintiff alleges that "[p]er the Policy, in the event of Plaintiff's disability, a maximum monthly benefit of ten thousand ($10,000.00), less benefit reductions, was payable following the Elimination Period." Complaint, p. 2, ¶ 8. Plaintiff further alleges that the Policy "provides benefits until Plaintiff's Social Security Normal Retirement Age." Complaint p. 2, ¶ 11.

6. As noted above, Plaintiff alleges that she became totally disabled under the terms of the Policy "[o]n or about March 8, 2016" (Complaint, p. 3, ¶ 15), and she further alleges that Defendant breached the subject insurance contract and breached the covenant of good faith and fair dealing. See, e.g., Complaint, p. 8, ¶ 11; p. 6, ¶ 2. Plaintiff further alleges that "[o]n or about December 28, 2016, Defendant Unum denied Plaintiff's claim with payment through December 23, 2016." Complaint p. 4, ¶ 28. The total potential disability benefits allegedly due to Plaintiff for the period of December 23, 2016 to December 23, 2017, as of the date of removal, amount to at least $120,000 ($10,000 x 12 months), not including interest. Therefore, if Plaintiff is able to establish that she was totally disabled as defined by the Policy, she would potentially be entitled to receive $120,000 in total past due disability benefits.

HINSHAW & CULBERTSON LLP
4675 MacArthur Court
Suite 545
Newport Beach, CA 92660
949-757-2800

2
NOTICE OF REMOVAL
Case No. CaseNumber
300809892v1 1004626

7. Plaintiff additionally claims mental and emotional distress for which she seeks an unspecified sum of damages against Defendant. Complaint, p. 7, ¶ 4 and prayer for judgment at ¶ 2. Emotional distress damages are recoverable as damages in a first party insurance bad faith action. *See, e.g., Jordan v. Allstate Ins. Co.*, 148 Cal. App. 4th 1062, 1079 (2007). Plaintiff also seeks an unspecified sum of punitive and exemplary damages against Defendant. Complaint, p. 7, ¶ 6 and prayer for judgment at ¶ 3. Punitive damages can also be considered in the amount-in-controversy calculation. *See Gibson v. Chrysler Corp.*, 261 F.3d 927, 945 (9th Cir. 2001) (citing *Bell v. Preferred Life Assur. Soc'y*, 320 U.S. 238, 240 (1943) ("[i]t is well established that punitive damages are part of the amount in controversy in a civil action). Lastly, Plaintiff also seeks to recover attorneys' fees. Complaint, p. 7, ¶ 5 and prayer for judgment at ¶ 2. Such damages are also potentially recoverable (*see Brandt v. Superior Court*, 37 Cal. 3d 813, 817 (1985)), and thus should be included as part of the amount in controversy (*Campbell v. Hartford Life Ins. Co.*, 2011 U.S. Dist. LEXIS 106582, *9 (E.D. Cal. 2011) ("Because attorney's fees attributable to the prosecution of Plaintiff's breach of contract cause of action are recoverable via her Bad Faith claim, such fees may therefore be included in determining the amount in controversy.")). Therefore, when accounting for all of the above-referenced damages, the amount in controversy in this case significantly exceeds the jurisdictional amount. *See Richmond v. Allstate Ins. Co.*, 897 F. Supp 447, 449-450 (S.D. Cal. 1995) (emotional distress damages, punitive damages, and attorneys' fees are to be considered in calculating the amount in controversy).

## DIVERSITY OF CITIZENSHIP

8. Plaintiff is, and at all relevant times was, a resident and citizen of the State of California. Complaint, p. 2, ¶ 4.

9. Defendant is a corporate citizen of the State of Maine. Defendant is,

HINSHAW & CULBERTSON LLP
4675 MacArthur Court
Suite 545
Newport Beach, CA 92660
949-757-2800

NOTICE OF REMOVAL
Case No. CaseNumber
300809892v1 1004626

and at all relevant times was, a corporation duly organized and existing under the laws of the State of Maine. Defendant's principal place of business is, and at all relevant times was, in Portland, Maine, which is where its home office is located. Thus, complete diversity of citizenship exists between Plaintiff and Defendant.

**PROCESS**

10. Pursuant to 28 U.S.C. § 1446, true and correct copies of all process, pleadings and orders served upon Defendant in San Diego County Superior Court are included in the documents attached hereto as Exhibits "A" and "B" These documents are described as follows:

• Exhibit "A" – Service of Process of Summons and Complaint on Defendant

• Exhibit "B" – Defendant's Answer to the Complaint

Defendant is informed and believes that Exhibits "A" and "B" constitute all process, pleadings and orders filed in San Diego County Superior Court.

11. Pursuant to 28 U.S.C. § 1446(d), promptly after filing and upon receipt of the assigned United States District Court case number, Defendant shall give written notice hereof to all adverse parties and shall file a copy of this notice with the Clerk of the Superior Court of California for the County of San Diego in accordance with California Rules of Court, Rule 3.650.

WHEREFORE, Defendant prays that the above action pending in the Superior Court of California for the County of San Diego be removed from that court to this Court.

DATED: December 26, 2017          Hinshaw & Culbertson LLP

By: /s/ *Robert E. Hess*
ROBERT E. HESS
JENNY H. WANG
Attorneys for Defendant Unum Life Insurance Company of America

4

HINSHAW & CULBERTSON LLP
4675 MacArthur Court
Suite 545
Newport Beach, CA 92660
949-757-2800

NOTICE OF REMOVAL
Case No. CaseNumber
300809892v1 1004626